UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Erick Heiderscheid, | Case No. 18-cv-2677 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| Hannah Purdy, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 15, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Defendant Andrea Gruidl's Motion to Dismiss [Docket No. 16] is GRANTED and all claims against Gruidl are DISMISSED WITH PREJUDICE.

2. Defendant Alford S. Karayusuf, M.D.'s Motion to Dismiss [Docket No. 28] is GRANTED and all claims against Karayusuf are DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/11/19

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge