UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew Erik Heiderscheid,                    Case No. 18-cv-2677 (PJS/DTS)

     Plaintiff,

v.                                           ORDER

Hannah Purdy, et al.,

     Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 22, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: that this case be DISMISSED WITHOUT PREJUDICE in its entirety.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  9/13/19                              s/Patrick J. Schiltz_____
                                             Patrick J. Schiltz
                                             United States District Judge